IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 11-10684** |
| PATRICK S. SHEPPARD, | ) | |
| AND | ) | |
| OYUKI R. SHEPPARD | | |
| | ) | **CHAPTER 13** |
| DEBTORS. | ) | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

COMES NOW THE DEBTORS, **PATRICK S. SHEPPARD and OYUKI R. SHEPPARD** and files this Notice of Withdrawal of document number **#46**, Objection to Claim #002 (ECAST SETTLEMENT CORP.).

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Debtors hereby give notice of the withdrawal of the aforementioned document.

                                          Respectfully submitted,

                                          /s/ Rafael Gil III_____
                                          Rafael Gil III
                                          Attorney for Debtors

OF COUNSEL:
LAW OFFICES OF RAFAEL GIL, III P.C.
111 Adris Place
Dothan, AL  36303
(334) 673-0100
(334) 673-1300 FAX
rgil@wiregrassattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following by electronic service and first class mail, postage prepaid and properly addressed, on this the 2nd day December, 2014.

Honorable Curtis Reding
Chapter 13 Trustee
VIA CM/ECF

AACFCU MASTERCARD PLATINUM
Po Box 96099
Charlotte, NC  28296-0099

AES
American Education Services
Post Office Box 2461
Harrisburg, PA  17105

BANK OF AMERICA HOME LOANS
Post Office Box 5170
Simi Valley, CA  93062

CARNIVAL FUN POINTS CARD SERVICES
Po Box 13337
Philadelphia, PA  19101-3337

CHASE CARDMEMBER SERVICE
Po Box 94014
Palatine, IL  60094-4014

CITI CARDS
Po Box 182564
Columbus, OH  43218-2564

GE MONEY BANK/AMAZON PLCC
Po Box 981432
El Paso, TX  79998-1432

GEMB/CARE CREDIT
Po Box 981439
El Paso, TX  79998-1439


GEMB/OLD NAVY

Branch C11A
Po Box 981400
El Paso, TX  79998-1400

GEMB/PAYPAL
Po Box 965005
El Paso, FL  79998

GEMB/WALMART
C77W
Po Box 981400
El Paso, TX  79998-1400

HHLD BANK/ROMSTORE
Po Box 15522
Wilmington, DE  19850-5522

HOME DEPOT CREDIT SERVICES
P.O. Box182676
Columbus, OH  43218-2676

HSBC CARD SERVICES
Re: Roomstore
Post Office Box 4155
Carol Stream, IL  60197

HSBC/BESTBUY
Po Box 5238
Carol Stream, IL  60197

LOWES/GEMB
P.O. Box 530914
Atlanta, GA  30353-0914

NATIONAL COLLEGIATE TRUST
1200 N. 7th Street
Harrisburg, PA  17102-1419

SUNTRUST BANK
Post Office Box 305053
Nashville, TN  37230

TOYS R US CARDMEMBER SERVICE
Po Box 94014
Palatine, IL  60094-4014
TYNDALL FEDERAL CREDIT UNION
3116 Ross Clark Circle

Dothan, AL 36303

                /s/ Rafael Gil III_____
                Of Counsel